# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

|  |  |  |
|---|---|---|
| STATE OF WASHINGTON, | ) | No. 75602-8-I |
|  | ) |  |
| Respondent, | ) | DIVISION ONE |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| SALLYEA ONEAL MCCLINTON, | ) | UNPUBLISHED OPINION |
|  | ) |  |
| Appellant. | ) | FILED: JUL 17 2017 |
|  | ) |  |

PER CURIAM. — Sallyea Oneal McClinton appeals from an order modifying sentence and imposing sanctions for the violation of sentencing conditions. We accept the State of Washington's concession that the Department of Corrections (DOC) lacked authority to impose specified geographic boundary restrictions on McClinton as a condition of community custody. Accordingly, we reverse that portion of the trial court's order prohibiting McClinton from traveling south of I-90. Because McClinton has fully served the resulting sanctions, this court can provide no further relief. In light of our decision, we do not address McClinton's ineffective assistance of counsel claim.

The DOC-imposed geographic boundary restriction is reversed.

For the Court:

_Schindler, CJ_

_Spearman, J._

_Mann, J._

COURT OF APPEALS DIV 1
STATE OF WASHINGTON
FILED
2017 JUL 17 AM 11: 13